UNITED STATES of America, Plaintiff–Appellee

v.

David VASQUEZ–FONSECA, also known as David Vasquez, also known as David Vasquez Fonseca, also known as Noe Roa, also known as David Varquez Fonseca, also known as David Vazquez, Defendant–Appellant.

No. 13–20119
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 20, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Michael Lance Herman, Assistant Federal Public Defender, H. Michael Sokolow, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before HIGGINBOTHAM, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, David Vasquez–Fonseca raises an argument that he concedes is foreclosed by *United States v. Rodriguez,* 711 F.3d 541, 559–62 & n. 28 (5th Cir.2013) (en banc), *petition for cert. filed* (June 6, 2013) (No. 12–10695), in which this court concluded that the generic, contemporary definition of "sexual abuse of a minor" does not require that the age of consent be lower than 17 years old and does not include an age-differential requirement. The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.